**Order entered July 22, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00468-CV

### JAYCO HAWAII, INC., Appellant

### V.

### VIVA RAILINGS, LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17238**

### ORDER

Before the Court is appellee's July 21, 2022 unopposed motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **August 22, 2022**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/    KEN MOLBERG
        JUSTICE